# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. RECTOR, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>LOS ANGELES COUNTY SHERIFF LEE BACA, et al.,<br><br>    Defendants. | Case No. CV 13-3116 VBF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Defendants' Motion for Summary Judgment is granted and the above-captioned action is dismissed. Plaintiffs' federal claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and therefore dismisses Plaintiffs'

\\

\\

claims for negligent supervision and conversion without prejudice.

DATED: August 25, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2